# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 11-CR-30210-SMY |
| JEVON L. STRAYHORN, | ) ) ) |
| Defendant. | ) |

## ORDER

Steven Stafford, an incarcerated person, submitted a letter to the Court seeking sealed documents in the above-captioned closed criminal action to which he is not a party (Doc. 63). Stafford seeks the documents in question for use in his *habeas corpus* action currently pending in the District Court for Eastern District of Missouri. As is noted in a previous Order (Doc. 61), it is not the policy of the Court to provide sealed documents in closed criminal cases to non-parties. Justice requires that the documents remain sealed. Accordingly, Stafford's request is **DENIED**. The Clerk of Court is directed to send a copy of this Order to Stafford at his address.

**IT IS SO ORDERED.**

**DATED:** June 16, 2020

**STACI M. YANDLE**
**United States District Judge**